# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BRANCH BANKING & TRUST COMPANY, as successor in interest to Colonial Bank by asset acquisition from the FDIC as receiver for Colonial Bank, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 10-0644-CG-C |
| HILLCREST EXECUTIVE CENTER, INC., GEORGE D. JONES, an Individual; and KENNETH W. CRAMTON, JR., an Individual, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## DEFAULT JUDGMENT

This matter is before the court on the plaintiff's motions for default judgment with supporting affidavits (Docs. 14,25).

Upon due consideration, said motions are hereby **GRANTED**. The clerk's default having been entered against defendant, Hillcrest Executive Center, Inc., and George D. Jones on January 26, 2011 (Doc. 16), and against Kenneth W. Cramton, Jr. on April 1, 2011 (Doc. 25), for failure to appear or otherwise defend against the plaintiff's complaint, and the plaintiff having represented in motions that the individual defendants are not infants or incompetent persons, and are not in military service, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that default judgment is entered against defendants, Hillcrest Executive Center, Inc.,

George D. Jones, and Kenneth W. Cramton, Jr., separately and severally, in favor of Branch Banking & Trust Company, as successor in interest to Colonial Bank by asset acquisition from the FDIC as receiver for Colonial Bank, in the amount of $276,377.21, plus pre-judgment interest accruing between March 4, 2011, and the date of this judgment at the per diem rate of $89.79, plus attorneys' fees and expenses in the amount of $16,976.19, plus post-judgment interest at the statutory rate of .21% pursuant to 28 U.S.C. § 1961.

**DONE and ORDERED** this 8th day of August, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE